IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARVIN L. CARTER,

    Petitioner,

    v.

REED RICHARDSON,

    Respondent.

Case No. 19-cv-949-jdp

AMENDED JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Reed Richardson dismissing Marvin L. Carter's petition for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice.

| /s/ | 10/8/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |