In the UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF WISCONSIN

MARVIN L. CARTER,
    Petitioner-Appellant,

v.                                              Case No.: 19-CV-949-jdp

REED RICHARDSON,
    Respondent-Appellee.

## NOTICE OF APPEAL

Notice is hereby given that Marvin L. Carter, Petitioner, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 8th day of October, 2020.

*[signature]*

Marvin L. Carter #367796
Stanley Correcitonal Institution
100 Corrections Drive
Stanley, WI 54768-6500

1