United States District Court
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 North Henry Street, Room 560
Madison, Wisconsin 53703

Chambers of
James D. Peterson
Chief District Judge

Telephone
608-264-5504

August 20, 2021

J. Benjamin Aguiñaga
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Daniel J. O'Brien
Wisconsin Department of Justice
17 W. Main Street
P.O. Box 7857
Madison, WI 53707

Joseph A. Bugni
Federal Defender Services
22 East Mifflin Street, Suite 1000
Madison, WI 53703

RE:   Carter v. Buesgen, No. 19-cv-949-jdp; Court of Appeals No. 20-3140

Dear Attorneys Aguiñaga, O'Brien, and Bugni:

    I have received the court of appeals' opinion vacating the judgment in this case. When the court of appeals issues its mandate, I will appoint counsel for petitioner Carter under the Criminal Justice Act, 18 U.S.C. § 3006A(a)(2)(B), for further proceedings in this court.

    I am writing to let counsel know that I intend to move this matter with special urgency once I get the mandate, so Attorney Bugni should promptly arrange counsel for Mr. Carter.

Sincerely,

/s/
James D. Peterson
Chief District Judge

JDP:jcf