UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MARVIN L. CARTER,

       *Petitioner-Appellant,*

vs.   Case No. 19-cv-949-jdp

CHRIS S. BUESGEN,

       *Respondent-Appellee.*

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marvin L. Carter, the petitioner-appellant in the above-captioned matter, is represented by:

> Joseph A. Bugni
> Federal Defender Services of Wisconsin, Inc.
> 22 East Mifflin Street, Suite 1000
> Madison, Wisconsin 53703
> Telephone:   [608] 260-9900
> Facsimile:   [608] 260-9901

Dated at Madison, Wisconsin, this 31st day of August, 2021.

       Respectfully submitted,
       Marvin Carter, Defendant

       */s/Joseph A. Bugni*
       Joseph A. Bugni

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Joseph_bugni@fd.org