UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MARVIN L. CARTER,

*Petitioner-Appellant,*

vs.                                                              Case No. 19-cv-949-jdp

CHRIS S. BUESGEN,

*Respondent-Appellee.*

---

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Marvin L. Carter, the petitioner-appellant in the

above-captioned matter, is also represented by:

> Jessica Arden Ettinger
> Federal Defender Services of Wisconsin, Inc.
> 22 East Mifflin Street, Suite 1000
> Madison, Wisconsin 53703
> Telephone:    [608] 260-9900
> Facsimile:     [608] 260-9901

Dated at Madison, Wisconsin, this 31st day of August, 2021.

Respectfully submitted,
Marvin Carter, Defendant

*/s/ Jessica Arden Ettinger*
Jessica Arden Ettinger

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Jessica_ettinger@fd.org

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.