# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**FINAL JUDGMENT**

August 19, 2021

Before

FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 20-3140 | MARVIN CARTER,<br>            Petitioner - Appellant<br><br>v.<br><br>CHRIS S. BUESGEN,<br>            Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 3:19-cv-00949-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson | |

We **VACATE** the judgment and **REMAND** to the district court to commence review of Carter's § 2254 petition without delay. The above is in accordance with the decision of this court entered on August 18, 2021. Costs awarded to the appellant Marvin Carter.

form name: **c7_FinalJudgment**     (form ID: **132**)