# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 24, 2021

To: Peter Oppeneer
UNITED STATES DISTRICT COURT
Western District of Wisconsin
Madison, WI 53703-0000

| No. 20-3140 | MARVIN L. CARTER,<br>　　　　Petitioner - Appellant<br><br>v.<br><br>CHRIS S. BUESGEN,<br>　　　　Respondent - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:19-cv-00949-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 472.00 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 09/24/2021 |
| RECORD ON APPEAL STATUS: | No record to be returned |

form name: **c7_Mandate**     (form ID: **135**)